**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00942-CMA-BNB

JOHN MOORE, Individually and as Personal Representative for the Estate of ELIZABETH MOORE,

    Plaintiff,

v.

WYETH LLC, f/k/a WYETH, INC.,
WYETH PHARMACEUTICALS, INC.,
ESI LEDERLE,
PFIZER INC.,
PHARMACIA & UPJOHN COMPANY LLC,
PHARMACIA CORPORATION,
BARR PHARMACEUTICALS, INC.,
BARR LABORATORIES INC.,
BRISTOL-MYERS SQUIBB COMPANY, and
WATSON PHARMACEUTICALS, INC.,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with Defendant Wyeth as a client of my former law firm, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: April 28, 2010.

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge